

**PADULA BENNARDO LEVINE**
COLLABORATIVE LEGAL SOLUTIONS FOR TODAY'S BUSINESS NEEDS

November 16, 2020

**CONFIDENTIAL AND PRIVILEGED**
**ATTORNEY-CLIENT COMMUNICATION**

Ralph "Chip" Giordano
Aircraft Demolition, Inc.
Via email (chip24@comcast.net)

Re: **Engagement as Counsel – Pre-Lawsuit Retainer – Aircraft Demolition, Inc. & Ralph "Chip" Giordano adv. Kristopher Strange, Richard Shields, Anthony Stewart and Julio Gonzalez**

Dear Chip:

Thank you for retaining us to represent you and the company in connection with the above-referenced matter. Our engagement is limited to the above-referenced matter. We look forward to serving your needs in this matter and to establishing a mutually satisfactory relationship.

The purpose of this letter is to confirm our engagement as your counsel and to provide you with certain information concerning our fees, billing and collection policies, and other terms that will govern our relationship. Although we do not wish to be overly formal in our relationship with you, we have found it a helpful practice to confirm with our clients the nature and terms of our representation. Attached to this letter are our standard terms of engagement. Please review our standard terms of engagement and let me know if you have any questions concerning our policies.

We will bill by the hour for our services rendered. My normal and customary hourly rate is $450.00 and the current hourly rate for my associate attorney, Alex Ershock, Esq., is $300.00. We will issue monthly invoices to you reflecting the work performed in the previous month. We reserve the right to periodically modify our hourly rates upon advance written notice.

We have a policy of requiring an advanced fee deposit. You acknowledge and understand that the advanced fee deposit is earned upon receipt and is not reimbursable by our firm, and that its payment represents, among other things, the agreed upon fee for the evaluation of the above-referenced matter. In this matter, we have determined that an appropriate advanced fee deposit will be $2,500.00. The advanced fee deposit is a minimum fee. If, however, your actual fees and costs incurred exceed the advanced fee deposit, we will bill you by the hour at the abovementioned hourly rate. We will deduct our hourly services from the advanced fee deposit. Should the bills exceed the amount on deposit, any overage is due at the time the bill is issued. We may from time to time contact you as the advanced fee deposit nears exhaustion or is exhausted, and request that it replenish the advanced fee deposit at that time, or to increase the deposit prior to significant events in the case or anticipated costs to be incurred.

Our engagement will continue *after:* (1) you sign this engagement letter and return the signed engagement letter to us; *and* (2) you remit to our firm the advanced fee deposit in the amount of $2,500.00.

If the terms described above and in the attached terms of engagement are satisfactory, please so

Telephone (561) 544-8900 · Facsimile (561) 544-8999 · Website PBL-Law.com · E-Mail Info@PBL-Law.com
3837 NW Boca Raton Boulevard, Suite 200 · Boca Raton, Florida 33431

Ralph "Chip" Giordano
November 16, 2020
Page 3

## TERMS OF ENGAGEMENT

We appreciate your decision to retain Padula Bennardo Levine, LLP as your legal counsel. This document explains how we work, our obligations to you, your obligations to us, what we will do on your behalf, and how our charges will be determined and billed.

The Client acknowledges and understands that while the Firm accepts this employment and promises to render professional legal services to the best of its ability during the continuance of this employment, the Firm makes no warranties, representations or guaranties regarding the favorable outcome, results or successful termination of the case. The Client agrees to cooperate fully with the Firm and refrain from acting in any manner which would compromise the Firm's professional ethics.

Our engagement and the services that we will provide to you are limited to the matter identified in the accompanying letter. Any changes in the scope of our representation as described in the letter must be approved in writing. We will provide services of a strictly legal nature related to the matters described in that letter. You will provide us with the factual information and materials we require to perform the services identified in the letter, and you will make such business or technical decisions and determinations as are appropriate. You will not rely on us for business, investment, or accounting decisions, or expect us to investigate the character or credit of persons or entities with whom you may be dealing, unless otherwise specified in the letter. If this engagement letter is not signed by you and returned to us with your fee deposit within ten (10) days, our proposal to represent you shall be deemed automatically withdrawn.

### *Confidentiality and Related Matters*

As a matter of professional responsibility, we are required to preserve the confidences and secrets of our clients. This professional obligation and the legal privilege for attorney-client communications exist to encourage candid and complete communication between a client and his lawyer. We can perform beneficial services for a client only if we are aware of all information that might be relevant to our representation. Consequently, we trust that our attorney-client relationship with you will be based on mutual confidence and unrestrained communication to facilitate our proper representation of you.

### *Fees*

When establishing fees for services that we render, we are guided primarily by the time and labor required, although we also consider other appropriate factors, such as the novelty and difficulty of the legal issues involved; the legal skill required to perform the particular assignment; time-saving use of resources (including research, analysis, data and documentation) that we have previously developed and stored electronically or otherwise in quickly retrievable form; the fee customarily charged by comparable firms for similar legal services; the amount of money involved or at risk and the results obtained; and the time constraints imposed by either the client or the circumstances. We have a policy of requiring an advanced fee deposit. You acknowledge and understand that the advanced fee deposit is earned upon receipt and is not reimbursable by our firm, and that its payment represents, among other things, the agreed upon fee for the evaluation of the above-referenced matter. The advanced fee deposit is a minimum fee. If, however, your actual fees and costs incurred exceed the advanced fee deposit, we will bill you by the hour at the abovementioned hourly rate. We will deduct our hourly services from the advanced fee deposit. Should the bills exceed the amount on deposit, any overage is due at the time the bill is issued. We may from time to time contact you as the advanced fee deposit nears exhaustion or is exhausted, and request that it replenish the advanced fee deposit at that time, or to increase the deposit prior to significant events in the case or anticipated costs to be incurred. We record and bill our time in one-tenth hour (six minute) increments.

Ralph "Chip" Giordano
November 16, 2020
Page 4

  ***Out-of-Pocket Expenses.*** In addition to legal fees, our statements will include out-of-pocket expenses that we have advanced on your behalf and our internal charges (which may exceed direct costs and allocated overhead expenses) for certain support activities. Although we typically do not advance expenses when outside service providers are required, advanced expenses generally may include (but are not necessarily limited to) such items as travel, lodging, postage for regular U.S. mail and that is distinct from regular U.S. mail, filing, court charges and costs, obtaining deposition transcripts, recording, certification, international telephone charges, and registration fees charged by governmental bodies. Our internal charges typically include such items as overnight delivery and courier services, certain charges for terminal time for computer research, and complex document production, including outsourced copying and assembling charges. We may request an advanced cost deposit (in addition to the advanced fee deposit) when we expect that we will be required to incur substantial costs on behalf of the client. You agree that if required to travel in connection with your matter, we may arrange "first class" accommodations and transportation.

  During the course of our representation, it may be appropriate to hire third parties to provide services on your behalf. These services may include such things as consulting or testifying experts, investigators, providers of computerized litigation support, and court reporters. Because of the legal "work product" protection afforded to services that an attorney requests from third parties, in certain situations our firm may assume responsibility for retaining the appropriate service providers. Even if we do so, however, you are responsible for paying all fees and expenses directly to the service providers or reimbursing us for these expenses. You agree that we may instruct the foregoing service providers to bill you directly for their services rendered.

  ***Billing.*** We bill periodically throughout the engagement for a particular matter, and our periodic statements are due when rendered. If our fees are based primarily on the amount of our time devoted to the matter, our statements will be rendered monthly. In instances in which we represent more than one person with respect to a matter, each person that we represent is jointly and severally liable for our fees and expenses with respect to the representation. Our statements contain a concise summary of each matter for which legal services are rendered and a fee is charged.

  The Firm shall have the right to withdraw from the case if you do not make payments required by these terms, if you misrepresent or fail to disclose material facts, or if you fail to follow the advice of the Firm or any of its attorneys. In any of these events, you will execute such necessary documents as will permit the Firm to withdraw. Withdrawal of the Firm shall not relieve you from your financial obligations and all costs and fees incurred by the Firm in withdrawing from representation as well as providing copies of the file to subsequent counsel shall be borne by you.

  It is specifically agreed that the Firm shall have and is hereby granted all general, possessory and retaining liens and all equitable, special and attorneys charging liens upon your interest in any and all real and personal property within the jurisdiction of the court for any balance due, owing and unpaid at the conclusion of the case or the sooner termination of employment. Additionally, notwithstanding any specific right or remedy set forth herein, legal, equitable, or otherwise, any right or remedy shall not be exclusive but shall be cumulative with all other rights and remedies set forth herein, allowed by these terms, or by law.

  In the event that it is necessary to institute legal proceedings for the collection of any balance due, owing and unpaid, you agree to be responsible, in addition to any judgment for such fees and advances, for all costs and expenses, including reasonable attorneys' fees incurred by the Firm through collection and appeal. In the event of any suit arising out of this agreement, venue shall lie in Palm Beach County, Florida, except to the extent that the Firm may seek its lien rights within the case in which the litigation is pending.

Ralph "Chip" Giordano
November 16, 2020
Page 5

You agree that we are authorized to and may receive settlement monies on your behalf, and that we may deduct from those funds the amount of your outstanding bills and costs which have been incurred in connection with the matter for which the monies were received (and any other matter on which we may be working for you) before remitting the balance of those settlement monies to you. Additionally, if we are holding monies in trust for your benefit, you authorize us to apply those trust monies to any of your outstanding invoices before remitting the balance of the funds in trust to you.

You agree that if we are representing you, or entities with which you are affiliated (including but not limited to separate corporations, limited liability companies, subsidiaries, parent corporations, and other affiliates) in multiple matters, we may apply the fee deposits held by us on your account in connection with any one matter to any amount due from you in connection with any other matter for which we represent you.

***Questions About Our Bills.*** We invite you to discuss with us any questions that you have concerning a fee charged for any matter, we want you to be satisfied with the quality of our services and the reasonableness of the fees that we charge for those services. We will attempt to provide as much billing information as you require and in such customary form that you desire.

***Your File.*** You agree that we may dispose of any and all files we have maintained in connection with any matter we handle for you so long as we maintain the file for at least one year after our representation of you is concluded. If you want your file and/or any papers within it, you agree that it is and will be your obligation to contact us and to request that your file be delivered to you at our offices, or you will pre-pay us for delivery of your file to such location as you may request. If you do not contact us, you agree that we can consider your file to have been abandoned by you, and that we are not required to give you any notice regarding the disposal of your file and that we may dispose of it and everything within it.

*Termination*

Upon completion of the matter to which this representation applies, or upon earlier termination of our relationship, the attorney-client relationship will end unless you and we have expressly agreed to a continuation with respect to other matters. We hope, of course, that such a continuation will be the case. The representation is terminable at will by either of us. The termination of the representation will not terminate your obligation to pay fees and expenses incurred prior to the termination.

EXHIBIT "F"

Ralph "Chip" Giordano
November 16, 2020
Page 2

indicate by signing this letter and returning the signed letter to me along with your advanced fee deposit.

Thank you again for the trust and confidence you are placing with our firm. We sincerely look forward to working with you.

Sincerely,

Daniel R. Levine, Esq.
For the Firm

ACCEPTED AND AGREED:

This  16  day of November, 2020

By: _____
       Ralph "Chip" Giordano

EXHIBIT "F"